UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| DIONEL DE LA CRUZ, <br> Plaintiff, | § <br> § <br> § |
| VS. | § CIV. NO. 7:24-CV-00446 <br> § |
| FRANK BISIGNANO, <br> Commissioner of Social Security <br> Administration, <br> Defendant. | § <br> § <br> § <br> § <br> § |

## FINAL JUDGMENT

IT IS **ORDERED, AJUDGED** and **DECREED** that Commissioner's motion for summary judgment is **GRANTED**, that request for jury trial is **DENIED**, that Commissioner's decision is **AFFIRMED**, and this cause of action is hereby **DISMISSED**. Fed. R. Civ. P. 58(a).

The Clerk shall send a copy of this Order to all parties.

**DONE** on this 8th day of September 2025 at McAllen, Texas.

Juan F. Alanis
U.S. Magistrate Judge

1